[No. 51344-3-I.  Division One.  November 24, 2003.]

*In the Matter of the Marriage of* JO E. CRIPPS-LAKE, *Respondent*, and GEORGE R. LAKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-03771-4, Mary Yu, J., entered October 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51411-3-I.  Division One.  November 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL ANGELO RESENDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00763-0, Ellen J. Fair, J., entered November 15, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 51424-5-I.  Division One.  November 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES KNUTE EDMARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07810-7, Anthony P. Wartnik, J., entered November 19, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Agid, JJ.

[No. 51512-8-I.  Division One.  November 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD S. MIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01394-0, Ellen J. Fair, J., entered November 6, 2002. *Affirmed* by unpublished per curiam opinion.